IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN A. HUNTER, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00076-MTT-MSH |
| | * |
| MALISA LAWSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of July, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk